UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. FOLLIARD, )))) | |
| Relator, ) | |
| v. ) | Civ. No. 07-00719 (RWR) |
| CDW TECHNOLOGY SERVICES, ~~INSIGHT ENTERPRISES~~, INC., et al., ))) | |
| Defendants. )) | |

### Amended ORDER

The United States having declined to intervene in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS HEREBY ORDERED that:

1. The Complaint and the Amended Complaint be unsealed in order that they may be served upon the defendants, by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, with the exceptions of this Order and the Notice of Election to Decline Intervention that has been filed in this action by the United States;

3. Relator shall serve this Order and the Notice of Election to Decline Intervention that has been filed by the United States upon the defendants, only after service of the relator's Complaint upon the defendant;

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

5. Henceforth relator and defendants shall serve all pleadings, motions, or other documents filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), by mailing true copies thereof, by first class mail, to:

Laurie Weinstein
Assistant United States Attorney
555 4th Street, N.W., Rm 10-808
Washington, D.C. 20530

Greg Pearson
United States Department of Justice
Room 9022
601 D Street, N.W.
Washington, DC 20004

6. The United States may order any deposition transcripts;

7. The United States is entitled to intervene in this action, for good cause, at any time;

8. The parties shall serve all notices of appeal on the United States;

9. ~~The Clerk shall send~~ All orders of this Court ~~shall be sent~~ to the United States; and

10. Should a relator or a defendant propose that this action be dismissed, settled, or otherwise discontinued, ~~the Court will solicit the written consent of~~ the United States ~~before ruling~~ shall file a responsive memorandum within 14 days. ~~or granting its approval regarding any such proposal.~~

11. All filers shall henceforth use the amended caption reflected above.

Dated: 6/25/10

_____
UNITED STATES DISTRICT COURT

copies to:

Laurie Weinstein
Assistant United States Attorney
555 Fourth Street, N.W., Room E4820
Washington, D.C. 20530

Vincent McKnight
McKnight & Kennedy
8601 Georgia Avenue, Lee Plaza, Suite 1010
Silver Spring, MD 20910

Greg Pearson
United States Department of Justice
Room 9022
601 D Street, N.W.
Washington, DC 20004